NUMBER 13-10-00340-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

ORDIA WEBSTER,                                                                        Appellant,

 

                                                             v.

 

JOHN O'BRIEN,                                                                               Appellee.


____________________________________________________________

 

                           On
appeal from the 343rd District Court 

                                          of
Bee County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

         Before Chief Justice Valdez and Justices Rodriguez and Benavides

Memorandum Opinion
Per Curiam

 








Appellant,
Ordia Webster, perfected an appeal from a judgment rendered against her in
favor of appellee, John O’Brien.   On October 29, 2010, the Clerk of this Court
notified appellant that the clerk's record in the above cause was originally
due on July 24, 2010, and that the deputy district clerk, Julissa DeLeon, had
notified this Court that appellant failed to make arrangements for payment of
the clerk's record.  The Clerk of this Court notified appellant of this defect
so that steps could be taken to correct the defect, if it could be done.  See
Tex. R. App. P. 37.3,
42.3(b),(c).   Appellant was advised that, if the defect was not corrected
within ten days from the date of receipt of this notice, the appeal would be
dismissed for want of prosecution.  

Appellant
has failed to respond to this Court=s notice.  Accordingly, the appeal is
DISMISSED FOR WANT OF PROSECUTION.  See Tex. R. App. P. 42.3(b), (c).        

PER CURIAM

Delivered and filed the 16th

day of December, 2010.